IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERTO QUINONES | : |
|        Plaintiff | : Electronically filed |
| | : |
| v. | : CIVIL ACTION |
| | : NO. 2:22-cv-01104-GAM |
| THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | : |
| | : |
|        And | : THE HONORABLE GERALD A. MCHUGH |
| AETNA LIFE INSURANCE COMPANY | : |
|        Defendants | : |
| | : **ERISA – NO JURY TRIAL REQUESTED** |

### STIPULATION BY COUNSEL TO DISMISS THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY ONLY WITHOUT PREJUDICE

Plaintiff, Roberto Quinones, by his undersigned counsel, and Aetna Life Insurance Co. ("ALIC"), by its undersigned counsel, stipulate as follows:

1. The parties acknowledge that ALIC has issued a group policy of insurance to The Boeing Company, which provides group long-term disability benefits.

2. ALIC represents that the benefit plan at issue in the above-captioned matter is insured by ALIC pursuant to the terms of the LTD Policy.

3. Because the benefits at issue are insured by the LTD Policy, the parties agree that Hartford Life and Accident Insurance Company ("Hartford") is not necessary for the adjudication of the claims presented in this action and should be dismissed without prejudice.

4. By this stipulation, the parties agree and acknowledge that ALIC will not raise procedural issues, including the failure to name a necessary, indispensable, or proper party, relating to the exclusion of the Hartford as a defendant.

5. The parties further agree and acknowledge that ALIC does not waive or alter, in any way, any other of its available procedural or substantive defenses in this litigation and specifically does not waive its right to contend that Plaintiff is not entitled to any relief or recovery under the Complaint.

6. The parties further agree that Plaintiff reserves the right to serve Hartford at a later time if he needs to seek relief different than that provided in the LTD Policy.

The undersigned attorneys hereby consent to the form, content and entry of the within Stipulation:

| | |
|---|---|
| s/    Zachary Lipschutz | s/    Brian P. Downey |
| Zachary Lipschutz (PA 326208) | Brian P. Downey (PA 59891) |
| MARTIN LAW | TROUTMAN PEPPER HAMILTON |
| 1818 Market Street, 35th Floor | SANDERS LLP |
| Philadelphia, PA  19103 | Suite 200, 100 Market Street |
| (215) 962-1224 | P.O. Box 1181 |
| zlipschutz@paworkinjury.com | Harrisburg, PA 17108-1181 |
| | 717.255.1155 |
| | 717.238.0575 (fax) |
| | Brian.Downey@Troutman.com |
| **Attorney for Plaintiff** | **Attorney for Defendant Aetna Life Insurance Company** |

**IT IS SO ORDERED:**

/s/ Gerald Austin McHugh

_____
**GERALD D. MCHUGH**
**UNITED STATES DISTRICT JUDGE**

5/10/22